UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN MARIE BALL,** | : | Civil No. 1:08-cv-700 |
| **Plaintiff** | : | |
| | : | **(Chief Judge Kane)** |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **DR. FAMIGLIO, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On August 15, 2011, Defendants filed separate motions for summary judgment against Plaintiff Dawn Marie Ball.  (Doc. Nos. 177, 182.)  On November 21, 2011, Magistrate Judge Martin Carlson issued a Report and Recommendation in which he recommends that the motions for summary judgment be granted and this matter be closed for Plaintiff's failure to exhaust her administrative remedies.  (Doc. No. 216.)  Plaintiff responded to the Report and Recommendation by largely rehashing issues she had raised in opposition to the motion for summary judgment.  (Doc. No. 218.)  The Court has conducted a de novo review of the Report and Recommendation and Plaintiff's objections thereto, and agrees with Judge Carlson that Plaintiff's claims fail as a result of her failure to exhaust her administrative remedies.

**ACCORDINGLY**, on this 22nd  day of May 2012, **IT IS HEREBY ORDERED THAT** the Report and Recommendation (Doc. No. 216) is **ADOPTED** and Defendants' motions for summary judgment (Doc. Nos. 177, 182) are **GRANTED**.  The Clerk of Court is directed to enter judgment in favor of all Defendants and close the case.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania